UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 24-CR-20001 |
| v. ) | |
| ) | |
| GREGORY FORMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On December 4, 2024, a Report and Recommendation Concerning Plea of Guilty (#53) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Gregory Forman's plea of guilty as to Count 1 of the Indictment (#13) is accepted and Defendant is adjudged guilty on that count. The court orders that a pre-sentence investigation report be prepared. A sentencing hearing remains set for May 5, 2025, at 2:30 pm before this court.

            ENTERED this 19th day of December 2024.

            s/ *Colin S. Bruce*
            COLIN S. BRUCE
            U.S. DISTRICT JUDGE